IT IS SO ORDERED.

*signature*

**J. PHILIP CALABRESE,**
**UNITED STATES DISTRICT JUDGE**
**Date:** 7/26/2021

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| TRACY REESE,<br><br>  Plaintiff,<br><br>v.<br><br>TRADESMEN INTERNATIONAL, LLC<br>and MATTHEW MCCLONE,<br><br>  Defendants. | 5:19-CV-01331-JPC<br><br>Honorable Judge J. Philip Calabrese |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, through their respective attorneys, HEREBY STIPULATE AND AGREE, that this action be and hereby is voluntarily and finally dismissed with prejudice, without costs or attorneys' fees.

Respectfully submitted this 26th day of July, 2021.

Respectfully submitted,

*For Plaintiff:*

/s/Bradley A. Sherman
Bradley A. Sherman (OH #0063906)
F. Allen Boseman, Jr. (OH #0084103)
SHERMAN BOSEMAN LEGAL GROUP, LLC
800 West St. Clair Avenue, 4th Floor
Cleveland, Ohio 44113
Phone: (216) 239-1414
Facsimile: (216) 239-1316
E-Mail:
  bradley@shermanboseman.com
  allen@shermanboseman.com

*For Tradesmen International:*

/s/Gerald L. Maatman, Jr.
Gerald L. Maatman, Jr. (*pro hac vice*)
Jennifer A. Riley (*pro hac vice*)
gmaatman@seyfarth.com
jriley@seyfarth.com
SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
Phone: (312) 460-5000
Facsimile: (312) 460-7000

*For Matthew McClone*

/s/Vincent T. Norwillo

73358990v.1

2

        Vincent T. Norwillo
        The Law Office Of Vincent T. Norwillo, LLC
        1309 Ridge Road, Suite 1
        Hinckley, Ohio 44233
        Phone: (330) 278-1136
        Facsimile: (330) 278-1022
        E-mail: Vincent.norwillo@norwillowlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of July, 2021, a copy of the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All parties, including the following, may access this filing through the Court's electronic filing system.

Bradley A. Sherman (OH #0063906)
F. Allen Boseman, Jr. (OH #0084103)
SHERMAN BOSEMAN LEGAL GROUP, LLC
800 West St. Clair Avenue, 4th Floor
Cleveland, Ohio 44113
Phone: (216) 239-1414
Facsimile: (216) 239-1316S
E-Mail:   bradley@shermanboseman.com
         allen@shermanboseman.com

*Attorneys for Plaintiff Tracy Reese,*

Vincent T. Norwillo
The Law Office Of Vincent T. Norwillo, LLC
1309 Ridge Road, Suite 1
Hinckley, Ohio 44233
Phone: (330) 278-1136
Facsimile: (330) 278-1022
E-mail: Vincent.norwillo@norwillowlaw.com

*Attorney for Defendant Matthew McClone*

　　　　　　　　　　　　　　　　　*/s/ Gerald L. Maatman, Jr.*
　　　　　　　　　　　　　　　　　Gerald L. Maatman, Jr. (*pro hac vice*)
　　　　　　　　　　　　　　　　　TRADESMEN INTERNATIONAL, LLC

73358990v.1